IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTER-COOPERATIVE EXCHANGE, an Alaska Cooperative Corporation,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>U.S. DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br>　　　　　　　　　Defendants. | Case No. 3:18-cv-00227-TMB<br><br>**ORDER AND FINAL JUDGMENT ON STIPULATION OF DISMISSAL** |

　　　This matter comes before the Court on the parties' Notice of Settlement[1] and Stipulation[2] that all issues set forth in the matter, including execution of remand instructions and attorneys' fees and costs, are resolved. Upon consideration, the Court hereby finds that the remand instructions have been carried out and ORDERS that Plaintiff Inter-Cooperative Exchange ("ICE") be awarded the sum of fifty-thousand dollars ($50,000.00) in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which ICE is entitled in the above-captioned litigation, through and including the date of this stipulation; and ORDERS that this case is DISMISSED from the docket of this Court.

　　　THIS CONSITUTES A FINAL JUDGMENT.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　Dated at Anchorage, Alaska, this 24th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　/s/ *Timothy M. Burgess*
　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 73 (Notice of Settlement).
[2] Dkt. 76 (Stipulation).